**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 16, 2010

**BY HAND**
The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:    **United States v. John Does 1 & 2, 10 Mag. 0504**

Dear Judge Davison:

        The Government respectfully requests that the above-referenced sealed complaint be unsealed. One of the defendants was arrested this morning.

        Thank you very much for your assistance in this matter.

        Respectfully Submitted,

        PREET BHARARA
        United States Attorney

By: _____
        Nicholas McQuaid
        Assistant United States Attorney
        (914) 993-1936

APPLICATION GRANTED

_____
Hon. Paul E. Davison, U.S.M.J.
3/16/10